ORIGINAL

Hellenstein, J

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel:  (212) 637-2713
Fax:  (212) 637-2750

DATE FILED: 2/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
CHERYL L. CLEMENTINE,            :
                                 :
            Plaintiff,           :
                                 :
     - v. -                      :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 9792 (AKH)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 25, 2008 to and including April 25, 2008.  The reason for the request is

because the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated:   New York, New York
         ~~January~~   , 2008
         Feb. 8

                                   CHERYL J. CLEMENTINE
                                   Plaintiff pro se
                                   920 Coop City Boulevard
                                     Apt.#22E
                                   Bronx, New York  10475
                                   Tel. No.: (347) 266-1741

                                   MICHAEL J. GARCIA
                                   United States Attorney
                                   Southern District of New York
                                   Attorney for Defendant

By: /s/ Susan D. Baird
       SUSAN D. BAIRD
       Assistant United States Attorney
       86 Chambers Street - 3rd Floor
       New York, New York  10007
       Telephone No.: (212) 637-2713
       Susan.Baird@usdoj.gov

SO ORDERED: 2/14/08

_____
UNITED STATES DISTRICT JUDGE