ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

RECEIVED APR 16 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
CHERYL L. CLEMENTINE,            :
                                 :
                  Plaintiff,     :
                                 :
         - v. -                  :    STIPULATION AND ORDER
                                 :         OF REMAND
MICHAEL J. ASTRUE,               :
Commissioner of                  :    07 Civ. 9792 (AKH)
Social Security,                 :
                  Defendant.     :
                                 :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

further administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       April 2, 2008

                         *Cheryl Clementine*
                         CHERYL CLEMENTINE
                         Plaintiff <u>pro se</u>
                         920 Coop City Boulevard
                         Bronx, New York   10475
                           Apt.#22E
                         Telephone No.: ~~(347) 266-1741~~ (718) 379-6987

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *Susan D. Baird*
     SUSAN D. BAIRD
     Assistant United States Attorney
     86 Chambers Street - 3rd Floor
     New York, New York   10007
     Telephone No.: (212) 637-2713
     Susan.Baird@usdoj.gov

SO ORDERED: 4/14/08

*[signature]*
UNITED STATES DISTRICT JUDGE